**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CEDRIC GREENE                                                                    PLAINTIFF

v.                                            3:26-cv-00041-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                     DEFENDANT


**ORDER**

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe.  After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.  Accordingly, this case is DISMISSED without prejudice.

Plaintiff's motion to amend the complaint to add Valerie Stephen (Doc. 10) is DENIED. The proposed amendment would not remedy Plaintiff's improper venue selection.

IT IS SO ORDERED this 14th day of April, 2026.


JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE