**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CEDRIC GREENE                                                                          PLAINTIFF

v.                                          3:26-cv-00041-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                          DEFENDANT


**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and

Adjudged that Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 14th day of April, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE