**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CEDRIC GREENE                                                                       PLAINTIFF

v.                                              3:26-cv-00041-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                                    DEFENDANT

## ORDER

Plaintiff Cedric Greene has filed a motion for relief from the Court's order and judgment

entered on April 14, 2026 (Doc. Nos. 13, 14). In that order, the Court dismissed his case on the

grounds of improper venue. Greene request relief pursuant to Rule 60 (b)(6) of the Federal Rules

of Civil Procedure, but he offers no new arguments or legal authority to support the motion. The

motion (Doc. No. 18) is denied.

IT IS SO ORDERED this 4th day of May, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE